MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN TAVERNA,  Individually, and SINDIA GARCIA as Next Friend on behalf of minors JULIA GARCIA RILEY and MICHAEL GARCIA RILEY, Individually and as Successors in Interest to the ESTATE OF MICHAEL RILEY, Deceased,<br><br>                    Plaintiffs,<br>vs.<br><br>SACRAMENTO COUNTY, a public entity, SHERIFF JOHN MCGINNESS, individually and in his official capacity, and DOES 1 through 10, Jointly and Severally,<br><br>                    Defendants. | No: 2:07-CV-01692-WBS-GGH<br><br>Hon. Hon. William B. Shubb<br><br>**ORDER APPROVING SETTLEMENT AND COMPROMISE OF MINORS' CLAIMS**<br><br>Hearing Date: November 10, 2008<br>Time: 2:00 pm<br>Place: Courtroom #5, 14th Floor |

THIS COURT, having considered the Plaintiffs' motion to approve the settlement and compromise of minors' claims, having read the supporting declarations and exhibits to this motion, and having heard from the interested parties as the Court found necessary, this Court hereby finds that the proposed settlement is in the best interests of the minor plaintiffs;

FURTHER, THIS COURT approves the proposed settlement to all Plaintiffs including the minors in the total amount of $35,000, and hereby orders disbursement as follows:

1. To Haddad & Sherwin for case costs and attorneys' fees: $14,894.75;

2. To Lynn Taverna: $2,814.75;

3. To Hartford CEBSCO for the PERIODIC PAYMENTS for Julia and Michael Garcia Riley: $ 12,290.50, representing the present cost of $3,645.25 for Julia Garcia-Riley and the present cost of $8,645.25 for Michael Garcia-Riley; and

4. to Julia Garcia-Riley and Sindia Garcia, $5,000, to be used solely for dental/orthodontic treatment needed by Julia Garcia-Riley, with any remainder to be disbursed to Julia Garcia-Riley upon her eighteenth birthday. Next Friend Sindia Garcia is hereby ordered to open and maintain a bank account for the benefit of Julia Garcia-Riley to hold this portion of Julia's settlement, and to use this money solely to pay for Julia's dental and orthodontic treatment not covered by insurance.  Ms. Garcia is further ordered to disburse to Julia Garcia-Riley any money remaining in that bank account upon Julia's eighteenth birthday (March 27, 2014).

Dated:  November 12, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE