1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California  94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510
5  Attorneys for Plaintiffs

6  **UNITED STATES DISTRICT COURT**

7  **EASTERN DISTRICT OF CALIFORNIA**

8

9  LYNN TAVERNA,  Individually, and  )
   SINDIA GARCIA as Next Friend on  )   No: 2:07-CV-01692-WBS-GGH
10 behalf of minors JULIA GARCIA    )
   RILEY and MICHAEL GARCIA RILEY,  )   Hon. Hon. William B. Shubb
11 Individually and as Successors in )
   Interest to the ESTATE OF MICHAEL )  **(PROPOSED) ORDER DISMISSING**
12 RILEY, Deceased,                  )  **ALL CLAIMS**
                                     )
13                                   )
             Plaintiffs,             )
14 vs.                               )
                                     )
15 SACRAMENTO COUNTY, a public      )
   entity, SHERIFF JOHN MCGINNESS,  )
16 individually and in his official capacity, )
   and DOES 1 through 10, Jointly and )
17 Severally,                        )
                                     )
18                                   )
             Defendants.             )
19 _____ )

All parties, by and through their respective counsel, hereby stipulate that pursuant to the global settlement of this case, including the settlement of minors' claims to which this Court has already approved, all pending claims against all Defendants be hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: December 10, 2008         HADDAD & SHERWIN

                                          By   /s/ Michael J. Haddad
                                              MICHAEL HADDAD
                                              Attorney for Plaintiff

Dated: February 2, 2009         LONGYEAR, O'DEA & LAVRA, LLP

                                              /s/ Jeri L. Pappone
                                            By _____
                                              JOHN A. LAVRA
                                              JERI L. PAPPONE
                                              Attorneys for Defendants

## **ORDER**

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED. Pursuant to the parties' settlement of this matter, all pending claims against all Defendants in this matter are hereby dismissed, with prejudice, each side to bear its own costs and attorneys' fees.

Dated: February 2, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE